# Court of Appeals
# of the State of Georgia

ATLANTA, <u>December 26, 2024</u>

*The Court of Appeals hereby passes the following order:*

**A25A0889. REENA WALKER v. THE STATE.**

Reena Walker was convicted of failure to maintain lane in probate court in July 2024. The superior court affirmed the conviction on October 4, 2024. Walker then filed a motion for reconsideration, which the superior court denied on November 4, 2024. On November 7, 2024, Walker filed this notice of appeal. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012). A motion for reconsideration does not extend the time for filing an appeal, and the denial of a motion for reconsideration is not appealable in its own right. See *Bell v. Cohran*, 244 Ga. App. 510, 510-511 (536 SE2d 187) (2000).

Here, Walker's notice of appeal was untimely filed 34 days after entry of the October 3 order affirming her conviction. Her motion for reconsideration did not extend the time to appeal from that order, and the November 4 denial of her motion for reconsideration is not itself appealable. See OCGA § 5-6-35 (d); *Bell*, 244 Ga. App.

at 510-511. Accordingly, we are without jurisdiction to consider this appeal, which is hereby DISMISSED. See *Perlman*, 318 Ga. App. at 739 (4).



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,   12/26/2024*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*